# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1808
LT Case No. 54-2024-CF-549-A
_____

JOHNNY PRESTON ATKINSON,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Matthew J. Metz, Public Defender, and Jordan Ordway Ackley, Assistant Public Defender, Palatka, for Petitioner.

No Appearance for Respondent.


July 2, 2026

PER CURIAM.

    The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 10, 2025 judgment and sentence rendered in Case No. 54-2024-CF-549-A, in the Circuit Court in and for Putnam County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

    PETITION GRANTED.

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____